IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BABYLON BEE, LLC;<br>DAWN O'BRIEN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ANNE E. LOPEZ;<br>DAVID CHEE;<br>NEAL HERBERT;<br>JON ITOMURA;<br>BARBARA POLK;<br>DANTON WONG;<br>STEVEN S. ALM,<br><br>    Defendants. | CIV. NO. 25-00234-HG-KJM |

**ORDER OF RECUSAL**

To avoid a conflict of interest, the appearance of impropriety, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.  This case is referred to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: June 5, 2025, Honolulu, Hawaii.

Helen Gillmor
United States District Judge