DANA M.O. VIOLA, 6095
Corporation Counsel
DEREK T. MAYESHIRO, 6858
(808) 768-5152
dmayeshiro@honolulu.gov
JACQUELINE M. DE LEEUW HUANG, 11644
(808) 768-5248
j.deleeuwhuang@honolulu.gov
Deputies Corporation Counsel
City and County of Honolulu
1001 Bishop Street, Suite 2020
Honolulu, Hawaiʻi  96813
Facsimile:  (808) 768-1300

Attorneys for Defendant,
Steven S. Alm, in his official
capacity as Prosecuting Attorney
for the City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| **The Babylon Bee, LLC** and **Dawn O'Brien**,<br><br>*Plaintiffs*,<br><br>vs.<br><br>**Anne E. Lopez**, in her official capacity as Attorney General of Hawaii; **David Chee**, in his official capacity as Chair of the Campaign Spending Commission; **Neal Herbert**, in his official capacity as Vice Chair of the Campaign Spending Commission; **Jon Itomura**, in his official capacity as member of the Campaign Spending | CIVIL NO. 1:25-cv-00234 SASP-KJM<br><br>DEFENDANT STEVEN S. ALM'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FILED AUGUST 8, 2025 [DKT. 32]; CERTIFICATE OF SERVICE<br><br>**Hearing Date:** December 4, 2025<br>**Time:** 10:00 a.m.<br>**Judge:** Honorable Shanlyn A.S. Park<br>**Trial Date:**  None |

Commission; **Barbara Polk**, in her official capacity as member of the Campaign Spending Commission; **Danton Wong**, in his official capacity as member of the Campaign Spending Commission; **Steven S. Alm**, in his official capacity as Prosecuting Attorney for the City and County of Honolulu,

            *Defendants*.

DEFENDANT STEVEN S. ALM'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FILED AUGUST 8, 2025 [DKT. 32]

    Defendant Steven S. Alm in his official capacity as Prosecuting Attorney for the City and County of Honolulu (hereinafter "Defendant Alm") by and through his counsel, DANA M.O. VIOLA, Corporation Counsel, and DEREK T. MAYESHIRO and JACQUELINE M. DE LEEUW HUANG, Deputies Corporation Counsel, hereby files his Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment filed August 8, 2025 [Dkt. 32] and scheduled for hearing on December 4, 2025 at 10:00 a.m. before the Honorable Shanlyn A.S. Park.

**I.**    **INTRODUCTION**

    Defendant Alm <u>only</u> opposes Plaintiffs The Babylon Bee, LLC and Dawn O'Brien's (collectively "Plaintiffs") Motion for Summary Judgment in so far as

2

they request for reasonable attorney's fees against Defendant Alm.  *See* Plaintiffs'

Motion for Summary Judgment [Dkt. 32], Pg. 3

## II.   STATEMENT OF FACTS

The only allegations against Defendant Alm in the Complaint filed on June

4, 2025 [Dkt. 1] is as follows:

> 25.   Defendant Steven S. Alm is the Prosecuting Attorney for the City and County of Honolulu.  He is sued in his official capacity.
>
> 26.   Defendant Alm has the authority to initiate criminal prosecutions and civil actions for violations of S2687. Haw. Rev. Stat. §§ 11-412(e), 11-304(b)(3).
>
> 140.   Defendant Attorney General and Defendant Prosecuting Attorney for the City and County of Honolulu "shall prosecute any violation" involving "statewide offices, parties, or issues."  Haw. Rev. Stat. §11-412(e)(2).
>
> 141.   Defendant Attorney General and Defendant Prosecuting Attorney for the City and County of Honolulu can prosecute violations of S2687 independent of any action of Defendant Commission members.  Haw. Rev. Stat. § 11-412(e)(1).
>
> 145.   S2687 also authorizes Defendant Attorney General, Defendant Commission members, county attorneys, or county prosecutors, including Defendant Prosecuting Attorney, and a "candidate for nomination or election to a public office who is injured or is likely to be injured by dissemination of materially deceptive media" to bring suit for "injunctive or other equitable relief."  Haw. Rev. Stat. § 11-304(b).  Prevailing non-government plaintiffs can also receive "attorney's fees and costs."  *Id*.

Complaint [Dkt. 1], Pgs. 4 and 27-28.

3

The Complaint is void of any allegation that Defendant Alm supported or assisted in the enactment of S2687.  In addition, the Complaint is also void of any allegation that Defendant Alm or his office prosecuted anyone accused of violating S2687.

Similarly, Plaintiffs' Concise Statement of Undisputed Facts [Dkt. 33] and supporting documents do not set forth any factual allegations stating, mentioning, or even suggesting any liability on the part of Defendant Alm.  Likewise, Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Summary Judgment [Dkt. 32] does not argue any liability on the part of Defendant Alm.

Yet, Plaintiffs request an award of attorney's fees against all defendants pursuant to 42 U.S.C. § 1988, including Defendant Alm.  *See* Complaint [Dkt. 1], Pg. 44; Plaintiffs' Motion for Summary Judgment [Dkt. 32], Pg. 3.

### III.  DISCUSSION

42 U.S.C. § 1988 provides that "[i]n any action or proceeding to enforce a provision of section[ ] ... 1983, ... the court, in its discretion, **may** allow the prevailing party ... a reasonable attorney's fee as part of the costs...." *Id*., Emphasis added.  The United States Supreme Court stated that a prevailing plaintiff "should ordinarily recover an attorney's fee unless special circumstances would render such an award unjust." *Hensley v. Eckerhart*, 461 U.S. 424, 429, 103 S.Ct. 1933, 76

L.Ed.2d 40 (1983) (citation omitted); *See also, Klein v. City of Laguna Beach*, 810 F.3d 693, 698 (9th Cir. 2016). Here such an award would be unjust.

Plaintiffs do not allege that Defendant Alm supported the enactment of S2687 or prosecuted anyone for violating S2687. Defendant Alm has no liability in this case and his inclusion as a defendant in this civil action is merely because of his position as the Prosecuting Attorney for the City and County of Honolulu.

In light of the above, Defendant Alm opposes any award of attorney's fees against him. Defendant Alm takes no position to the other aspects of Plaintiffs Motion for Summary Judgment.

## IV.  CONCLUSION

In light of the above, Defendant Alm respectfully requests that Plaintiffs' Motion for Summary Judgment be denied as to any award of attorney's fees and costs against him.

DATED: Honolulu, Hawai'i, September 15, 2025.

                DANA M.O. VIOLA
                Corporation Counsel

                By */s/* Derek T. Mayeshiro
                    DEREK T. MAYESHIRO
                    JACQUELINE M. DE LEEUW HUANG
                    Deputies Corporation Counsel
                    Attorneys for Defendant,
                    Steven S. Alm, in his official
                    capacity as Prosecuting Attorney
                    for the City and County of Honolulu