| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi | 7609 |
| | |
| KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General of Hawaiʻi | 9964 |
| EWAN C. RAYNER<br>Deputy Solicitor General | 10222 |

Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: ewan.rayner@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her official capacity as Attorney General of Hawaiʻi; DAVID CHEE, in his official capacity as Chair of the Campaign Spending Commission; NEAL HERBERT, in his official capacity as Vice Chairman of the Campaign Spending Commission; JON ITOMURA, in his official capacity as member of the Campaign Spending Commission; BARBARA POLK, in her official capacity as member of the Campaign Spending Commission; and DANTON WONG, in his official capacity as member of the Campaign Spending Commission

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| THE BABYLON BEE, LLC and DAWN O'BRIEN,<br><br>            Plaintiffs,<br><br>     v.<br><br>(caption continued) | CASE NO. CV 25-00234-SASP-KJM<br><br>**DEFENDANTS ANNE E. LOPEZ, DAVID CHEE, NEAL HERBERT, JON ITOMURA, BARBARA POLK, and DANTON WONG'S MOTION FOR SUMMARY** |

1

| | |
|---|---|
| ANNE E. LOPEZ, in her official capacity as Attorney General of Hawaii; DAVID CHEE, in his official capacity as Chair of the Campaign Spending Commission; NEAL HERBERT, in his official capacity as Vice Chair of the Campaign Spending Commission; JON ITOMURA, in his official capacity as member of the Campaign Spending Commission; BARBARA POLK, in her official capacity as member of the Campaign Spending Commission; DANTON WONG, in his official capacity as member of the Campaign Spending Commission; STEVEN S. ALM, in his official capacity as Prosecuting Attorney for the City and County of Honolulu,<br><br>                    Defendants. | **JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF COMPLIANCE; AND CERTIFICATE OF SERVICE**<br><br>**Hearing Date:** December 4, 2025<br>**Time:** 10:00 a.m.<br>**Judge:** Honorable Shanlyn A.S. Park |

## DEFENDANTS ANNE E. LOPEZ, DAVID CHEE, NEAL HERBERT, JON ITOMURA, BARBARA POLK, and DANTON WONG'S MOTION FOR SUMMARY JUDGMENT

Defendants Anne E. Lopez, David Chee, Neal Herbert, Jon Itomura, Barbara Polk, and Danton Wong, in their official capacities (State Defendants) hereby move for summary judgment in this case under Federal Rules of Civil Procedure 56 and Local Rule 56.1. As set out in State Defendants' combined memorandum in support of this motion and in opposition to Plaintiffs' Motion for Summary Judgment, there are no material facts in dispute in this case and State Defendants are entitled to judgment on all claims raised by Plaintiffs as a matter of law

2

because Plaintiffs do not have standing to bring a pre-enforcement challenge to Act 191 of 2024 (which Plaintiffs refer to as S2687), and because Act 191 is constitutional under the First and Fourteenth Amendments.

    This motion is based on State Defendants' Memorandum of Law in Support of Motion for Summary Judgment and in Opposition Plaintiffs' Motion for Summary Judgment; State Defendants' Concise Statement of Facts; the Declaration of R. Michael Alvarez; the Declaration of Jevin West; the Declaration of Ewan C. Rayner; the exhibits attached thereto; and all pleadings and papers on file in this action; and other such matters as the Court may deem appropriate.

    DATED:  Honolulu, Hawaiʻi, September 15, 2025.

    /s/ Ewan C. Rayner
EWAN C. RAYNER

Attorney for ANNE E. LOPEZ, in her official capacity as Attorney General of Hawaiʻi; DAVID CHEE, in his official capacity as Chair of the Campaign Spending Commission; NEAL HERBERT, in his official capacity as Vice Chairman of the Campaign Spending Commission; JON ITOMURA, in his official capacity as member of the Campaign Spending Commission; BARBARA POLK, in her official capacity as member of the Campaign Spending Commission; and DANTON WONG, in his official capacity as member of the Campaign Spending Commission