Shawn A. Luiz (6855)
ATTORNEY AT LAW
733 Bishop Street, Suite 1280
Honolulu, HI 96813
Tel: (808) 538-0500
Fax (808) 564-0010
attorneyluiz@gmail.com

Jonathan A. Scruggs*
AZ Bar No. 030505
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, Virginia 20176
Tel: (480) 444-0028
jscruggs@ADFlegal.org

Philip A. Sechler*
DC Bar No. 426358
Mathew W. Hoffmann*
VA Bar No. 100102
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Tel: (571) 707-4655
psechler@ADFlegal.org
mhoffmann@ADFlegal.org

***Counsel for Plaintiffs***

*Admitted pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **The Babylon Bee, LLC**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Anne E. Lopez,** in her official capacity as Attorney General of Hawaii, et al.,<br><br>*Defendants*. | **Case No. 1:25-cv-00234-SASP-KJM**<br><br>**JOINT SECOND STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES AND ORDER**<br><br>Judge: Shanlyn A.S. Park<br>Magistrate Judge: Kenneth J. Mansfield |

## JOINT SECOND STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES

Plaintiffs THE BABYLON BEE, LLC and DAWN O'BRIEN ("Plaintiffs"),

and Defendants ANNE E. LOPEZ, in her official capacity as Attorney General of

Hawaii; DAVID CHEE, in his official capacity as Chair of the Campaign Spending

1

Commission; DANTON WONG, in his official capacity as Vice Chair of the Campaign Spending Commission; BARBARA POLK, in her official capacity as member of the Campaign Spending Commission; CAROLINE BELSOM, in her official capacity as member of the Campaign Spending Commission;[1] STEVEN S. ALM, in his official capacity as Prosecuting Attorney for the City and County of Honolulu (collectively "Defendants" and, together with the Plaintiffs, "the Parties"), hereby stipulate and agree as follows:

1. On January 30, 2026, the Court entered final judgment in this action. *See* Doc. 48.

2. Under D. Haw. L.R. 54.1(b), a bill of costs "shall be filed and served within fourteen (14) days after entry of judgment."

3. Under D. Haw. L.R. 54.2(b), a motion for attorney's fees "shall be filed and served within forty-nine (49) days after the entry of the judgment."

4. The Court may extend those deadlines for "good cause." Fed. R. Civ. P. 6(b)(1)(A).

---

1 Neal Herbert resigned from his position as Vice Chair of the Campaign Spending Commission on December 23, 2025. Jon Itomura resigned from his position as member of the Campaign Spending Commission on January 14, 2026. On December 23, 2025, Defendant Danton Wong became the new Vice Chair of the Campaign Spending Commission and Caroline Belsom was appointed as member of the Commission to fill Neal Herbert's term. Former Commissioner Jon Itomura's position on the Commission is currently vacant. Pursuant to Federal Rules of Civil Procedure Rule 25(d), "when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending[,] "[t]he officer's successor is automatically substituted as a party."

5. To streamline the process for filing a bill of costs and motion for attorney's fees, to account for any appeal, to conserve party and court resources, and to allow the parties additional time for any negotiations regarding attorney's fees and costs, the parties desire to extend the deadlines for filing a bill of costs and motion for attorney's fees.

6. The parties previously agreed to extend the filing deadlines to April 2, 2026. Plaintiffs sent an initial proposal to Defendants regarding attorney's fees and costs on March 12, 2026.

7. To allow additional time for negotiation of attorney's fees, the parties have reasonably agreed to a second extension with a new deadline of May 8, 2026.

Therefore, the parties respectfully request the Court to extend the deadlines for filing a bill of costs and motion for attorney's fees.

//

//

//

//

//

//

//

//

//

//

Respectfully submitted this 23rd day of March, 2026.

_/s/ Ewan C. Rayner_

Ewan C. Rayner
Deputy Attorney General
DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813
Tel: (808) 586-1360
ewan.rayner@hawaii.gov

**_Counsel for Defendants ANNE E. LOPEZ, in her official capacity as Attorney General of Hawai'i; DAVID CHEE, in his official capacity as Chair of the Campaign Spending Commission; DANTON WONG, in his official capacity as Vice Chairman of the Campaign Spending Commission; BARBARA POLK; and CAROLINE BELSOM, in their official capacities as members of the Campaign Spending Commission_**

_/s/ Derek T. Mayeshiro_

Derek T. Mayeshiro
Jacqueline Michelle de Leeuw Huang
DEPARTMENT OF THE
CORPORATION COUNSEL
1001 Bishop St., Ste. 2020
Honolulu, HI 96813
Tel: (808) 768-5152
dmayeshiro@honolulu.gov
j.deleeuwhuang@honolulu.gov

**_Counsel for Defendant Steven S. Alm_**

_/s/ Shawn A. Luiz_

Shawn A. Luiz (6855)
ATTORNEY AT LAW
733 Bishop Street, Suite 1280
Honolulu, HI 96813
Tel: (808) 538-0500
Fax (808) 564-0010
attorneyluiz@gmail.com

Philip A. Sechler*
DC Bar No. 426358
Mathew W. Hoffmann*
VA Bar No. 100102
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Tel: (571) 707-4655
psechler@ADFlegal.org
mhoffmann@ADFlegal.org

Jonathan A. Scruggs*
AZ Bar No. 030505
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, Virginia 20176
Tel: (480) 444-0028
jscruggs@ADFlegal.org

**_Counsel for Plaintiffs_**

_*Admitted pro hac vice_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **The Babylon Bee, LLC**, et al., | **Case No. 1:25-cv-00234-SASP-KJM** |
| *Plaintiffs*, | |
| v. | **ORDER ON JOINT SECOND STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES** |
| **Anne E. Lopez,** in her official capacity as Attorney General of Hawaii, et al., | |
| *Defendants*. | Judge: Shanlyn A.S. Park<br>Magistrate Judge: Kenneth J. Mansfield |

**APPROVED AND SO ORDERED.**

DATED: Honolulu, Hawai'i, March 23, 2026.



Shanlyn A.S. Park
United States District Judge

5