Shawn A. Luiz (6855)
ATTORNEY AT LAW
733 Bishop Street, Suite 1280
Honolulu, HI 96813
Tel: (808) 538-0500
Fax (808) 564-0010
attorneyluiz@gmail.com

Jonathan A. Scruggs*
AZ Bar No. 030505
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, Virginia 20176
Tel: (480) 444-0028
jscruggs@ADFlegal.org

Philip A. Sechler*
DC Bar No. 426358
Mathew W. Hoffmann*
VA Bar No. 100102
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Tel: (571) 707-4655
psechler@ADFlegal.org
mhoffmann@ADFlegal.org

***Counsel for Plaintiffs***

**Admitted pro hac vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| **The Babylon Bee, LLC**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Anne E. Lopez,** in her official capacity as Attorney General of Hawaii, et al.,<br><br>*Defendants*. | **Case No. 1:25-cv-00234-SASP-KJM**<br><br>**JOINT FOURTH STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES PENDING LEGISLATIVE APPROPRIATION AND PAYMENT AND ORDER**<br><br>Judge: Shanlyn A.S. Park<br>Magistrate Judge: Kenneth J. Mansfield |

## JOINT FOURTH STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES PENDING LEGISLATIVE APPROPRIATION AND PAYMENT

Plaintiffs THE BABYLON BEE, LLC and DAWN O'BRIEN ("Plaintiffs"), and Defendants ANNE E. LOPEZ, in her official capacity as Attorney General of

Hawaii; DAVID CHEE, in his official capacity as Chair of the Campaign Spending Commission; DANTON WONG, in his official capacity as Vice Chair of the Campaign Spending Commission; BARBARA POLK, in her official capacity as member of the Campaign Spending Commission; CAROLINE BELSOM, in her official capacity as member of the Campaign Spending Commission (collectively "State Defendants"); [1] STEVEN S. ALM, in his official capacity as Prosecuting Attorney for the City and County of Honolulu (collectively "Defendants" and, together with the Plaintiffs, "the Parties"), hereby stipulate and agree as follows:

1. On January 30, 2026, the Court entered final judgment in this action. *See* Doc. 48.
2. Under D. Haw. L.R. 54.1(b), a bill of costs "shall be filed and served within fourteen (14) days after entry of judgment."
3. Under D. Haw. L.R. 54.2(b), a motion for attorney's fees "shall be filed and served within forty-nine (49) days after the entry of the judgment."
4. The Court may extend those deadlines for "good cause." Fed. R. Civ. P. 6(b)(1)(A).

---

[1] Neal Herbert resigned from his position as Vice Chair of the Campaign Spending Commission on December 23, 2025. Jon Itomura resigned from his position as member of the Campaign Spending Commission on January 14, 2026. On December 23, 2025, Defendant Danton Wong became the new Vice Chair of the Campaign Spending Commission and Caroline Belsom was appointed as member of the Commission to fill Neal Herbert's term. Former Commissioner Jon Itomura's position on the Commission is currently vacant. Pursuant to Federal Rules of Civil Procedure Rule 25(d), "when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending[,] "[t]he officer's successor is automatically substituted as a party."

5. State Defendants have agreed to pay Plaintiffs' attorney's fees and costs, totaling $118,237.47, pending an appropriation by the Hawaii Legislature during the next legislative session, which runs from January to May 2027.
6. The terms of the settlement are set forth in the attached agreement, which has been signed by the Parties and is incorporated herein by reference.
7. In the unlikely event that the Legislature fails to appropriate the agreed-upon settlement amount by September 1, 2027, the parties have reasonably agreed to extend the deadlines for filing a bill of costs and motion for attorney's fees to September 30, 2027.

Therefore, the parties respectfully request the Court to extend the deadlines for filing a bill of costs and motion for attorney's fees.

Respectfully submitted this 18th day of May, 2026.

*/s/ Ewan C. Rayner*
Ewan C. Rayner
Deputy Attorney General
DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813
Tel: (808) 586-1360
ewan.rayner@hawaii.gov

***Counsel for Defendants ANNE E. LOPEZ, in her official capacity as Attorney General of Hawai'i; DAVID CHEE, in his official capacity as Chair of the Campaign Spending Commission; DANTON WONG, in his official capacity as Vice Chairman of the Campaign Spending Commission; BARBARA POLK; and CAROLINE BELSOM, in their official capacities as members of the Campaign Spending Commission***

*/s/ Derek T. Mayeshiro*
Derek T. Mayeshiro
Jacqueline Michelle de Leeuw Huang
DEPARTMENT OF THE
CORPORATION COUNSEL
1001 Bishop St., Ste. 2020
Honolulu, HI 96813
Tel: (808) 768-5152
dmayeshiro@honolulu.gov
j.deleeuwhuang@honolulu.gov

***Counsel for Defendant Steven S. Alm***

*/s/ Shawn A. Luiz*
Shawn A. Luiz (6855)
ATTORNEY AT LAW
733 Bishop Street, Suite 1280
Honolulu, HI 96813
Tel: (808) 538-0500
Fax (808) 564-0010
attorneyluiz@gmail.com

Philip A. Sechler*
DC Bar No. 426358
Mathew W. Hoffmann*
VA Bar No. 100102
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Tel: (571) 707-4655
psechler@ADFlegal.org
mhoffmann@ADFlegal.org

Jonathan A. Scruggs*
AZ Bar No. 030505
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, Virginia 20176
Tel: (480) 444-0028
jscruggs@ADFlegal.org

***Counsel for Plaintiffs***

**Admitted pro hac vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

**The Babylon Bee, LLC**, et al.,

*Plaintiffs*,

v.

**Anne E. Lopez,** in her official capacity as Attorney General of Hawaii, et al.,

*Defendants*.

**Case No. 1:25-cv-00234-SASP-KJM**

**ORDER ON JOINT FOURTH STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES PENDING LEGISLATIVE APPROPRIATION AND PAYMENT**

Judge: Shanlyn A.S. Park
Magistrate Judge: Kenneth J. Mansfield

**APPROVED AND SO ORDERED.**

DATED: Honolulu, Hawai'i, May 19, 2026.

Shanlyn Park
United States District Judge